**UNITED STATES of America,**
**Plaintiff–Appellee,**

**v.**

Humberto    LOPEZ–GARCIA,    a.k.a.
Humberto Lucio Lopez Garcia, a.k.a.
Humberto Deno Lopez, a.k.a. Humber-
to  Lopez–Garcia,  Defendant–Appel-
lant.

No. 07–15219
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 15, 2008.

Peggy Morris Ronca, Orlando, FL, for
Plaintiff–Appellee.

R. Fletcher Peacock, Orlando, FL, Ste-
phen J. Langs, Federal Public Defender,
Orlando, FL, for Defendant–Appellant.

Before BIRCH, DUBINA and PRYOR,
Circuit Judges.

PER CURIAM:

Stephen J. Langs, appointed counsel for
Humberto Lopez–Garcia, has filed a mo-
tion to withdraw on appeal supported by a
brief prepared pursuant to *Anders v. Cali-
fornia,* 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967).  Our independent re-
view of the entire record reveals that coun-
sel's assessment of the relative merit of
the appeal is correct.  Because indepen-
dent examination of the entire record re-
veals no arguable issues of merit, counsel's
motion to withdraw is **GRANTED,** and

Lopez–Garcia's  conviction  and  sentence
are **AFFIRMED.**